AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinoia | 11/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Melvin Price Federal Building
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/02/2010 | Mathis, Marifian & Richter Ltd. See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Mathis, Marifian & Richter, Ltd. | $34,694.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 2. | Bank of Belleville | Mortgage on building by MMRG Building LLC | P1 |
| 3. | Bank of Belleville | Mortgage on rental home- St. George Island, FL | O |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northwestern Mutual Variable Paid Up Life Insurance Policy (H) | | | | | | | | | See Note in Part VIII |
| 2. International Equity Franklin Tpl | | None | K | T | | | | | See Note in Part VIII |
| 3. Small Cap Growth Wellington | | None | K | T | | | | | See Note in Part VIII |
| 4. International Developed Markets Formerly Russell Non-US | | None | K | T | | | | | See Note in Part VIII |
| 5. Domestic Equity Delaware Mgmt | | None | K | T | | | | | See Note in Part VIII |
| 6. Focused Appreciation Janus | | None | K | T | | | | | See Note in Part VIII |
| 7. Equity Income T Rowe Price | | None | K | T | | | | | See Note in Part VIII |
| 8. Northwestern Mutual 65 Life Insurance Policy | D | Dividend | M | T | | | | | |
| 9. Northwestern Mutual 65 Life Insurance Policy | B | Dividend | M | T | | | | | See Note in Part VIII |
| 10. Raymond James Trust U/A dtd 07/02/98 (H) | | | | | | | | | |
| 11. Apple Inc (APPL) | B | Dividend | N | T | | | | | |
| 12. First Eagle Global Fund A (SGENX) | C | Dividend | M | T | | | | | |
| 13. Federated Hermes Kaufmann Lg Cap A (KLCAX) | D | Dividend | M | T | | | | | |
| 14. Ivy Core Equity Fund (WCEAX) | B | Dividend | L | T | | | | | |
| 15. Raymond James (H) | | | | | | | | | |
| 16. Federated Hermes Kaufmann Large Cap A (KLCAX) | C | Dividend | L | T | | | | | |
| 17. Fundamental Investors Fund Class A (ANCFX) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Federated Hermes Strategic Value (SVAAX) | B | Dividend | K | T | | | | | |
| 19. Lord Abbott Growth (LGLCX) | D | Dividend | M | T | | | | | |
| 20. American Funds Europacific (AEPFX) | | None | | | Sold | 06/12/20 | J | A | |
| 21. AF American Mutual F2 (AMRFX) | A | Dividend | J | T | Sold (part) | 07/29/20 | J | A | |
| 22. Champlain Mid Cap Fund (CIPIX) | A | Dividend | J | T | Sold (part) | 07/28/20 | J | A | |
| 23. MFS Research Fund (MRFIX) | A | Dividend | J | T | Sold (part) | 07/29/20 | J | A | |
| 24. T Rowe Price Sm Cap (PRSVX) | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 25. Clearbridge Equity (SOPYX) | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 26. Wells FargoAdvantage Int (WFVIX) | | None | | | Sold | 06/12/20 | J | | |
| 27. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 28. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | Buy (add'l) | 07/29/20 | J | | |
| 29. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | K | T | Sold (part) | 06/11/20 | J | A | |
| 30. Prudential Absolute (PADZX) | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 31. Pioneer Fundamental Growth (PIGFX) | D | Dividend | M | T | | | | | |
| 32. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | J | T | Sold (part) | 07/28/20 | J | A | |
| 33. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | K | T | | | | | |
| 34. Raymond James (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cash/Money Market | A | Interest | J | T | | | | | |
| 36. Blackrock Global (MALOX) | C | Dividend | K | T | | | | | |
| 37. Lord Abbott Bond (LBDFX) | A | Dividend | J | T | | | | | |
| 38. Pineywoods, Swansea, IL (2001 $226,000) | | None | M | R | | | | | |
| 39. MMRG Building, Belleville, IL (2003 $370,000) | | None | N | R | | | | | |
| 40. Merrill Lynch (H) | | | | | | | | | |
| 41. Cash/Money Market Trust | A | Interest | K | T | | | | | |
| 42. Cash - IRA | A | Interest | J | T | | | | | |
| 43. Bank Deposit OPP | A | Interest | L | T | | | | | |
| 44. Danaher Corp DEL COM (CMCSA) | A | Dividend | K | T | | | | | |
| 45. Honeywell Intl Inc Del (HON) | A | Dividend | | | Sold (part) | 07/14/20 | J | B | |
| 46. | | | | | Sold (part) | 07/29/20 | J | C | |
| 47. | | | | | Sold | 08/11/20 | J | C | |
| 48. Loomis Sayles Growth (LSGRX) | B | Dividend | K | T | | | | | |
| 49. Bank of America Merrill Lynch Wealth Mgmt 68 | A | Interest | K | T | | | | | |
| 50. Bank of America Money Market Checking Acct 84 | A | Interest | J | T | | | | | |
| 51. Equitable AXA Accumultor 2004 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EQ/Moderate Allocation | D | Dividend | M | T | | | | | |
| 53. Apple Inc (AAPL) | C | Dividend | N | T | | | | | |
| 54. Amazon Com Inc (AMZN) | | None | L | T | Sold (part) | 03/02/20 | J | D | |
| 55. McDonald's Corp (MCD) | A | Dividend | K | T | | | | | |
| 56. Harding Loevner Emerg Markets Fund (HLEMX) | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 57. Artisian International Fund (APDIX) | | None | | | Sold | 06/11/20 | J | B | |
| 58. Facebook (FB) | | None | L | T | | | | | |
| 59. Mastercard (MA) | A | Dividend | K | T | | | | | |
| 60. Federated Hermes Kaufman (KAUIX) | C | Dividend | K | T | | | | | |
| 61. AIG Focused (FDSWX) | A | Dividend | J | T | | | | | |
| 62. Thornburg Intl Growth Class C (TIGCX) | A | Dividend | K | T | | | | | |
| 63. Waste Management (WM) | A | Dividend | | | Sold (part) | 04/01/20 | J | A | |
| 64. | | | | | Sold | 04/21/20 | J | B | |
| 65. Fedserated Hermes Kaufman Small Cap Class A (FKASX) | A | Dividend | L | T | | | | | |
| 66. Federated Hermes International Strategic Value Div (IVFAX) | C | Dividend | L | T | | | | | |
| 67. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | Sold (part) | 07/28/20 | J | B | |
| 68. Advanced Micro (AMD | | None | L | T | Sold (part) | 01/22/20 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold<br>(part) | 05/13/20 | J | C | |
| 70. | | | | | | Sold<br>(part) | 06/04/20 | J | C | |
| 71. | | | | | | Sold<br>(part) | 07/24/20 | J | D | |
| 72. | | | | | | Sold<br>(part) | 09/04/20 | J | B | |
| 73. | | | | | | Sold<br>(part) | 12/28/20 | J | D | |
| 74. | Diageo PLC SPSD (DEO) | A | Dividend | | | Sold | 03/02/20 | K | A | |
| 75. | Kansas City Southern (KSU) | A | Dividend | K | T | Sold<br>(part) | 07/14/20 | J | A | |
| 76. | Kinder Morgan Inc Del (KMI) | A | Dividend | | | Sold<br>(part) | 01/09/20 | J | B | |
| 77. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 78. | | | | | | Sold<br>(part) | 09/09/20 | J | | |
| 79. | | | | | | Sold<br>(part) | 09/11/20 | J | | |
| 80. | | | | | | Sold | 09/15/20 | J | | |
| 81. | Pepsico (PEP) | A | Dividend | | | Sold<br>(part) | 06/23/20 | K | B | |
| 82. | | | | | | Sold | 07/06/20 | J | | |
| 83. | Royal Dutch Shell (RDSB) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 84. | VISA (V) | A | Dividend | K | T | Sold<br>(part) | 07/14/20 | J | A | |
| 85. | | | | | | Sold<br>(part) | 11/19/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  First Capital Strength Series 41 | | None | | | Sold | 01/31/20 | K | D | |
| 87.  First Trust Tech Select Series 71 | A | Dividend | | | Sold | 11/04/20 | L | E | |
| 88.  First Trust Dividend Series 41 | A | Dividend | | | Sold | 07/29/20 | K | | |
| 89.  American Funds Growth Class C (GWPCX) | C | Dividend | M | T | | | | | |
| 90.  Principal Blue Chip Class C (PBLCX) | C | Dividend | M | T | | | | | |
| 91.  Federated Hermes ST Income Class Y N/L (FSTYX) | A | Dividend | J | T | Sold (part) | 06/12/20 | J | A | |
| 92.  Broadway Prom LLC | | None | J | T | | | | | |
| 93.  St. George Island, FL (8/30/2018) | | None | P1 | W | | | | | |
| 94.  Blackrock Mid Cap Growth (CMGIX) | | None | K | T | | | | | |
| 95.  Blackrock Equity Dividend (MADVX) | A | Dividend | K | T | | | | | |
| 96.  Alphabet Inc (GOOGL) | | None | K | T | Buy (add'l) | 01/09/20 | J | | |
| 97. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 98. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 99.  American Tower REIT (AMT) | A | Dividend | | | Buy (add'l) | 03/27/20 | J | | |
| 100. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 101. | | | | | Sold | 12/14/20 | K | A | |
| 102.  Analog Devices (ADI) | A | Dividend | | | Sold (part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/14/20 | J | A | |
| 104. | | | | | Sold | 03/12/20 | J | | |
| 105. Apple (APPL) | A | Dividend | L | T | Sold (part) | 07/23/20 | J | B | |
| 106. | | | | | Sold (part) | 08/07/20 | J | C | |
| 107. AT&T (T) | B | Dividend | | | Buy (add'l) | 07/14/20 | J | | |
| 108. | | | | | Sold | 10/20/20 | K | | |
| 109. Benton Dickinson (BDX) | A | Dividend | | | Buy (add'l) | 04/08/20 | J | | |
| 110. | | | | | Sold | 08/11/20 | K | A | |
| 111. Centene (CNC) | | None | | | Buy (add'l) | 03/05/20 | J | | |
| 112. | | | | | Sold (part) | 04/20/20 | K | B | |
| 113. | | | | | Sold | 06/05/20 | J | A | |
| 114. Cisco (CSCO) | A | Dividend | | | Sold | 04/28/20 | K | | |
| 115. Disney (DIS) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 116. Thermo Fisher Scientific (TMO) | A | Dividend | K | T | Sold (part) | 11/19/20 | J | D | |
| 117. Ishares Russell 1000 (IWF) | A | Dividend | | | Buy (add'l) | 03/19/20 | K | | |
| 118. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 119. | | | | | Buy (add'l) | 05/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold (part) | 05/19/20 | K | A | |
| 121. | | | | | Sold (part) | 06/10/20 | J | A | |
| 122. | | | | | Sold (part) | 07/14/20 | J | A | |
| 123. | | | | | Sold (part) | 08/13/20 | J | B | |
| 124. | | | | | Sold | 12/30/20 | K | D | |
| 125. Putnam Diversified (PDVYX) | A | Dividend | K | T | Buy (add'l) | 02/12/20 | J | | |
| 126. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 127. Sector SPD Utilities | A | Dividend | | | Sold | 08/04/20 | J | | |
| 128. SPDR Gold Trust | | None | K | T | Buy (add'l) | 03/05/20 | J | | |
| 129. AQR Large Cap Defen (AUEIX) | A | Dividend | J | T | Buy (add'l) | 06/12/20 | J | | |
| 130. Pimco Low Duration (PLDPX) | A | Dividend | J | T | | | | | |
| 131. T Rowe Price US Equity Research (PRCOX) | A | Dividend | J | T | Sold (part) | 07/28/20 | J | A | |
| 132. Broadcom Ltd (AVGO) | A | Dividend | K | T | Buy | 02/14/20 | J | | |
| 133. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 134. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 135. Charter Communications (CHTR) | | None | K | T | Buy | 07/17/20 | J | | |
| 136. | | | | | Buy (add'l) | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Citrix Systems (CTXS) | A | Dividend | | | Buy | 04/28/20 | J | | |
| 138. | | | | | Sold | 08/12/20 | J | | |
| 139.  Conoco Phillips (COP) | | None | J | T | Buy | 11/13/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 141.  Costco Wholesale (COST) | A | Dividend | K | T | Buy | 06/05/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 144.  Crowdstrike Holdings (CRWD) | | None | J | T | Buy | 12/30/20 | J | | |
| 145.  Ecolab (ECL) | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 146.  Fedex Corp Delaware (FDX) | A | Dividend | K | T | Buy | 10/20/20 | K | | |
| 147.  Kraft Heinz (KHC) | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 149.  Microsoft | A | Dividend | K | T | Buy | 03/27/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 151.  Monster Beverage (MNST) | | None | K | T | Buy | 09/21/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 153.  Nextera Energy Inc (NEE) | A | Dividend | K | T | Buy | 11/27/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 155. Nutrien Ltd (NTR) | A | Dividend | K | T | Buy | 07/16/20 | J | | |
| 156. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 157. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 158. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 159. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 160. Occidental Pete Corp (OXY) | A | Dividend | | | Buy | 01/09/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 162. | | | | | Sold (part) | 04/22/20 | J | | |
| 163. | | | | | Sold | 05/05/20 | J | | |
| 164. Raytheon Technologies (RTX) | | None | | | Buy | 06/05/20 | J | | |
| 165. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 166. | | | | | Sold | 07/31/20 | J | | |
| 167. Twain S Mfg ADR (TSM) | A | Dividend | K | T | Buy | 01/03/20 | J | | |
| 168. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 169. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 170. United Health Group (UHC) | A | Dividend | J | T | Buy | 04/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 04/24/20 | J | | |
| 172. United Parcel Service (UPS) | A | Dividend | K | T | Buy | 07/29/20 | J | | |
| 173. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 174. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 175. Verizon (VZN) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 176. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 177. Invesco S&P 500 (RSP) | A | Dividend | K | T | Buy | 08/13/20 | K | | |
| 178. Invesco Russell 3000 (IWV) | A | Dividend | K | T | Buy | 05/29/20 | K | | |
| 179. Ishare Silver (SLV) | | None | | | Buy | 07/31/20 | J | | |
| 180. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 181. | | | | | Sold | 11/25/20 | J | | |
| 182. Putnam Ultra Short (PSDYX) | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 183. Vaneck Vectors ETF (GDX) | | None | | | Buy | 01/06/20 | J | | |
| 184. | | | | | Sold | 04/08/20 | J | | |
| 185. Wisdom Tree Emerging (DEM) | | None | | | Buy | 01/03/20 | J | | |
| 186. | | | | | Sold | 03/16/20 | J | | |
| 187. First Capital Strength Series 50 (30312150) | A | Dividend | L | T | Buy | 02/03/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. First Trust Tech Select Series 79 (30315P192) | | None | M | T | Buy | 11/05/20 | L | | |
| 189. First Trust Innovative Health Care (30313Y195) | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 190. | | | | | Redeemed (part) | 12/28/20 | J | | |
| 191. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 192. John Hancock Intl Growth (GOGIX) | A | Dividend | J | T | Buy | 06/12/20 | J | | |
| 193. JP Morgan Small Cap (VSEIX) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 194. T Rowe Overseas (TROSX) | A | Dividend | J | T | Buy | 06/12/20 | J | | |
| 195. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 196. Transamerica High Yield Bond (TDHIX) | A | Dividend | J | T | Buy | 06/12/20 | J | | |
| 197. Options - Sales & Purchases (H) | | | | | | | | | |
| 198. Cisco Systems (CSCO) | | None | | | Buy | 01/09/20 | J | | |
| 199. | | | | | Sold | 02/25/20 | J | A | |
| 200. | | | | | Buy | 02/26/20 | J | | |
| 201. | | | | | Sold | 03/11/20 | J | A | |
| 202. | | | | | Buy | 03/18/20 | J | | |
| 203. | | | | | Sold | 04/27/20 | J | | |
| 204. Royal Dutch Shell (RDSB) | | None | | | Buy | 01/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 02/07/20 | J | A | |
| 206. | | | | | Buy | 02/26/20 | J | | |
| 207. | | | | | Sold | 03/10/20 | J | A | |
| 208. Apple (APPL) | | None | | | Buy | 02/26/20 | J | | |
| 209. | | | | | Sold | 03/18/20 | J | A | |
| 210. | | | | | Buy | 03/18/20 | J | | |
| 211. | | | | | Sold | 05/19/20 | J | | |
| 212. | | | | | Buy | 10/16/20 | J | | |
| 213. | | | | | Expired | 11/02/20 | J | A | |
| 214. Advanced Micro (AMD) | | None | | | Sold | 01/22/20 | J | A | |
| 215. | | | | | Buy | 02/26/20 | J | | |
| 216. | | | | | Sold | 03/18/20 | J | A | |
| 217. | | | | | Buy | 03/18/20 | J | | |
| 218. | | | | | Sold | 04/30/20 | J | | |
| 219. | | | | | Buy | 08/25/20 | J | | |
| 220. | | | | | Sold | 09/14/20 | J | A | |
| 221. | | | | | Buy | 09/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 10/16/20 | J | A | |
| 223. | | | | | Buy | 10/16/20 | J | | |
| 224. | | | | | Expired | 11/02/20 | K | A | |
| 225. | | | | | Buy | 11/12/20 | J | | |
| 226. | | | | | Sold | 11/23/20 | J | | |
| 227. | | | | | Buy | 11/23/20 | J | | |
| 228. | | | | | Sold | 12/28/20 | J | A | |
| 229.  Centene Corp (CNC) | | None | | | Buy | 02/26/20 | J | | |
| 230. | | | | | Sold | 04/07/20 | J | A | |
| 231.  SPDR Gold Trust (GLD) | | None | | | Buy | 03/04/20 | J | | |
| 232. | | | | | Expired | 06/22/20 | J | A | |
| 233. | | | | | Buy | 11/05/20 | J | | |
| 234. | | | | | Sold | 11/24/20 | J | A | |
| 235.  Ishare Russell 1000 (IWF) | | None | | | Buy | 03/18/20 | J | | |
| 236. | | | | | Sold | 05/19/20 | J | B | |
| 237.  Honeywell (HON) | | None | | | Buy | 03/18/20 | J | | |
| 238. | | | | | Sold | 04/07/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 11/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Danaher Corp (DHR) | None | | | | Buy | 03/18/20 | J | | |
| 240. | | | | | Sold | 05/08/20 | J | | |
| 241.  Pepsico (PEP) | None | | | | Buy | 03/18/20 | J | | |
| 242. | | | | | Sold | 06/22/20 | J | B | |
| 243.  Occidental Pete Corp (OXY) | None | | | | Buy | 03/18/20 | J | | |
| 244. | | | | | Sold | 04/17/20 | J | A | |
| 245. | | | | | Buy | 04/21/20 | J | | |
| 246. | | | | | Sold | 05/04/20 | J | A | |
| 247.  Kinder Morgan (KMI) | None | | | | Buy | 03/18/20 | J | | |
| 248. | | | | | Expired | 06/22/20 | J | A | |
| 249. | | | | | Buy | 07/24/20 | J | | |
| 250. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 251. | | | | | Sold | 09/04/20 | J | A | |
| 252.  Citrix Systems (CTXS) | None | | | | Buy | 07/28/20 | J | | |
| 253. | | | | | Sold | 08/11/20 | J | A | |
| 254.  Ishares Silver (SLV) | None | | | | Buy | 10/16/20 | J | | |
| 255. | | | | | Sold | 11/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II
Line 1  Payments on percentage of collections of fees for work performed and generated by Judge prior to departure,

Part IV Reimbursements
There was no reimbursement for travel due to the pandemic

Part VII
Northwestern Mutual Variable Annuity
Line 2 - 7  Statements provided do not report the amount of dividend received for the individual investments

Line 38  Residential Real Property which is currently occupied by ▮▮▮▮. No income received.
Line 39  Commercial Real Property showed a net loss on Schedule K-1.
Line 91  Broadway Prom LLC Partnership showed a net loss on Schedule K-1.  The Broadway Prom play is scheduled to restart in November.  The value in column C is unknown due to the pandemic.  It is being reported the same as last year
Line 92  St George Island, FL showed a net loss.  The net loss was due to not being able to rent the property as usual due to the pandemic
Line 189 First Trust Innovative Health Care entered as Redeemed (part) was a principal payment

Line 197-254 This section is for reporting of Sales Options and Purchase Options

Option Sale Not reported in 2019
Advanced Micro (AMD) Income Type  None    Buy  12/27/19   Value  J

Amended Financial Disclosure
Part VII
Line  1 Northwestern Mutual Variable Annuity (H) corrected description to Northwestern Mutual Variable Paid Up Life Insurance Policy.  Specific investments are reported on Line 2-7
Line  9 Northwestern Mutual Variable CompLife Insurance Policy corrected description to Northwestern Mutual 65 Life Insurance Policy
     Laura has 2 65 Life Policies Reported on Line 8 and 9.
Line 51 AXA Equitable Life Insurance Co Accumulator is a Variable Annuity issued by Equitable Life Insurance.  Correct name to be Equitable AXA Accumulator 2004
Line 52 EQ/Moderate Allocation   Inserted line to report investment in Variable Annuity

Prepared by Janet Frederking
Phone ▮▮▮▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/08/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544